## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re<br>Michael J. Moroni<br>SSN: xxx-xx-3069<br><br>    Debtor. | Case No. 26-11194-MER<br><br>Chapter 11 |

## UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND
## REQUEST FOR NOTICES

The Acting United States Trustee ("UST"), by and through undersigned counsel, files this entry of appearance and request for notices.  Pursuant to Fed. R. Bankr. P. 9034(k), the UST requests that all pleadings and notices filed in this case be served on the UST at the address set forth below.

Dated: March 2, 2026

Respectfully submitted,

GREGORY M. GARVIN
Acting United States Trustee, Region 19

*/s/ Paul Moss*
By: Paul Moss, #26903
Trial Attorney for the U.S. Trustee
Byron Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(303) 312-7995 telephone
Paul.Moss@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below a copy of the UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND REQUEST FOR NOTICES was served by via CM/ECF to the following parties:

Via CM/ECF to:

- Jeffrey S. Brinen at jsb@kutnerlaw.com

Dated: March 2, 2026

/s/ Paul Moss
Office of the United States Trustee