## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re:

MICHAEL J. MORONI
XXX-XX-3069

          Debtor.

Case No. 26-11194-MER

Chapter 11, Subchapter V

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), Paul J. Veazey of the law firm of Stinson LLP, a member in good standing of this Court, hereby appears in the above-captioned bankruptcy proceedings as counsel for Live Oak Banking Company, and requests that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the contact information below.

Paul J. Veazey
**STINSON LLP**
1144 15th Street, Suite 2400
Denver CO 80202
Telephone: 303.376.8433
Email: paul.veazey@stinson.com

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) any right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) any right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to

CORE/3505040.0028/240444958.1

mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs or recoupments, in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments are expressly reserved.

Dated:  March 18, 2026

**STINSON LLP**

*/s/ Paul J. Veazey*
Paul J. Veazey (CO Bar No. 61421)
**STINSON LLP**
1144 15th Street, Suite 2400
Denver CO 80202
Telephone: 303.376.8433
Email: paul.veazey@stinson.com

**COUNSEL FOR LIVE OAK BANKING COMPANY**

CORE/3505040.0028/240444958.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 28, 2026, I caused the foregoing to be electronically filed the foregoing with the Clerk of the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to all CM/ECF participants.

<u>/s/ Paul J. Veazey</u>

CORE/3505040.0028/240444958.1