**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Michael J Moroni | ) | Case No. 26-11194-MER |
| *****3069 | ) | Chapter 11, Subchapter V |
| | ) | |
| *Debtor.* | ) | |

**MOTION TO APPROVE POST-PETITION RETAINER**
**FOR SUBCHAPTER V TRUSTEE**

Joli A. Lofstedt, the Subchapter V Trustee ("*Trustee*") of the bankruptcy estate of Michael J Moroni, hereby submits this Motion for Approval of Post-Petition Retainer for Subchapter V Trustee (the "*Motion*"). As grounds for the Motion, the Trustee states as follows:

1. On February 27, 2026 (the "*Petition Date*"), Michael J Moroni ("*Debtor*") filed a Voluntary Petition for relief under Subchapter V of Chapter 11 of Title 11 of the United States Code ("*Bankruptcy Code*") and is operating as debtor-in-possession.

2. In connection with the Debtor's Chapter 11 filing and pursuant to 11 U.S.C. § 1183(a), on March 2, 2026, the United States Trustee appointed Trustee as the Subchapter V trustee in the above-captioned case. [Docket No. 9].

3. Trustee is requesting a post-petition retainer from Debtor in the amount of $3,000 (the "*Retainer*") to be held in Trustee's trust account as security towards anticipated fees and expenses to be incurred in performance of her duties as Subchapter V trustee. If approved and upon receipt, Trustee asserts a first priority security interest in the Retainer. In the event the case is dismissed or converted to Chapter 7, Trustee's security interest in the Retainer may enable Trustee to receive payment of her fees and expenses to the extent of the Retainer ahead of other allowed administrative claims.

4. Trustee shall make application to the Court pursuant to the rules and orders of this Court and the Federal Rules of Bankruptcy Procedure for payment of fees and expenses and for authority to apply the Retainer.

5. Should the Retainer exceed the allowed fees and expenses incurred by the Trustee, the Trustee will refund the surplus amount to the Debtor.

**WHEREFORE**, Trustee requests that the Court enter an order in the form attached hereto approving the Retainer requested in the amount of $3,000, authorizing Debtor to pay such Retainer and for such further and additional relief as the Court deems just and proper.

Date: April 2, 2026.

Respectfully Submitted,

*/s/ Joli A. Lofstedt*
Joli A. Lofstedt, Subchapter V Trustee
PO Box 270561
Louisville, CO 80027
email: joli@jaltrustee.com
Ph: 303-476-6915 / Fax: 303-694-2964

## CERTIFICATE OF SERVICE

I certify that on April 2, 2026, I served a complete copy of **MOTION TO APPROVE POST-PETITION RETAINER FOR SUB CHAPTER V TRUSTEE** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

**via CM/ECF:**
United States Trustee
Jeffrey S. Brinen, Esq.
Jenny M.F. Fujii, Esq.
Christopher Harayda, Esq.
Paul Moss, Esq.
Paul J. Veazey, Esq.

Michael J Moroni
7367 Norfolk Place
Castle Pines, CO 80108

*/s/ Sawyer J. Lofstedt*
Sawyer J. Lofstedt