**Fill in this information to identify the case:**

Debtor Name ___MICHAEL J. MORONI___

United States Bankruptcy Court for the: _____ District of _____

Case number: ___26-11194-MER___

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11      12/17

Month: ___FEB 27, 2026 — MAY 31, 2026___          Date report filed: ___09/21/2026___
                                                                          MM / DD / YYYY

Line of business: ___DENTAL___          NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: ___MICHAEL J. Moroni___

Original signature of responsible party ___[signature]___

Printed name of responsible party ___MICHAEL J. Moroni___

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
|  | **If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A._** |  |  |  |
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
|  | **If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B._** |  |  |  |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name   MICHAEL J. MORONI                    Case number   26-11194-MER

17. Have you paid any bills you owed before you filed bankruptcy?                     ☐  ☒  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☒  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                                              $ 3,000.00

    This amount must equal what you reported as the cash on hand at the end of the month in the previous
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
    cash received even if you have not deposited it at the bank, collections on
    receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C*.                                                           $ 23,398.42

    Report the total from *Exhibit C* here.

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D*.                                                        – $ 19,248.38

    Report the total from *Exhibit D* here.

22. **Net cash flow**                                                              + $ 4,150.04

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                                 = $ 7,150.04

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                             $ 0.00

    *(Exhibit E)*

Debtor Name   Michael J. Moroni          Case number  26-11194-MER

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                   $ _0,00_

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                    /2

27. What is the number of employees as of the date of this monthly report?        /2

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?      $ _0_

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _0_

30. How much have you paid this month in other professional fees?       $ _0_

31. How much have you paid in total other professional fees since filing the case?    $ _0_

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A  Projected | | Column B  Actual | | Column C  Difference |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. | − | Copy lines 20-22 of this report. | = | Subtract Column B from Column A. |
| 32. Cash receipts | $ 22,750.00 | − | $ ____ | = | $ ____ |
| 33. Cash disbursements | $ 18,368.00 | − | $ ____ | = | $ ____ |
| 34. Net cash flow | $ 4,382.00 | − | $ ____ | = | $ ____ |

35. Total projected cash receipts for the next month:           $ 22,750.00

36. Total projected cash disbursements for the next month:    - $ 18,368.00

37. Total projected net cash flow for the next month:            = $ 4,382.00

Debtor Name   _MICHAEL  J. MORONI_          Case number___26-11194-MER_

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☒ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Exhibit D
Total cash Disbursements

ENT:

| Date | Payee | Category | Amount |
|---|---|---|---|
| 3/01 | Wax The City | Personal Care | $103.20 |
| 3/01 | MotoSpa | Auto | $36.00 |
| 3/01 | McDonalds | Food | $9.77 |
| 3/01 | 7-Eleven | Auto | $15.37 |
| 3/02 | King Soopers | Auto | $43.87 |
| 3/03 | SEI | Brokerage Acct | $3,000.00 |
| 3/03 | Erin Moroni | Alimony | $10,000.00 |
| 3/04 | Public Works/Prkg Meter | Auto | $4.00 |
| 3/06 | Canterbury Park | HOA | $485.00 |
| 3/06 | Apple | Entertainment | $9.99 |
| 3/09 | Comcast | Entertainment/wifi | $201.48 |
| 3/09 | King Soopers | Food | $5.99 |
| 3/09 | King Soopers | Pharmacy | $17.77 |
| 3/11 | The Castle Pines HOA | HOA | $128.49 |
| 3/16 | El Dorado Water | Food | $27.95 |
| 3/16 | Netflix | Entertainment | $24.99 |
| 3/16 | King Soopers | Auto | $29.47 |
| 3/18 | XCEL Energy | Utilities | $160.13 |
| 3/18 | King Soopers | Food | $96.48 |
| 3/18 | Styles with Sam | Personal Care | $65.00 |
| 3/23 | Travelers Insurance | Auto | $545.75 |
| 3/23 | Dept Education | Student Loans | $3,794.34 |
| 3/25 | Harper & Wells | Clothing | $152.88 |
| 3/25 | CORE Electric | Utilities | $180.93 |
| 3/25 | Twin Star Energy | Utilities | $73.53 |
| 3/29 | MotoSpa | Auto | $36.00 |

ANB DIP Account
No payments made through this account yet, still being set up through March 31, 2026.

Total Exhibit D:      $19,248.38

Exhibit C
Total cash receipts

ENT:

3/09  $4,848.63
3/13  $4,132.63
3/26  $4,848.63
3/26  $207.00
3/26  $349.14
3/26  $944.89
3/27  $4,132.63
3/31  $447.00
3/31  $554.00
3/31  $0.93


ANB DIP Account

3/24  $2,932.94


Total Exhibit C:       $23,398.42



**Becoming Wings Credit Union**

P.O. BOX 15819
Colorado Springs, CO 80935-5819

294032-0.58-50813N11.no5 051253859 1-2

MICHAEL MORONI
85 RIO GRANDE DR
CASTLE ROCK CO 80104-4216

### Questions? Contact us:

Member Service:
Co Springs: (719) 574-1100
Toll-Free: 800-525-9623
Online: Ent.com
Mail: P.O. Box 15819
Colorado Springs, CO 80935-5819

| Account Number ▬3853 | Statement Period 03/01/26 thru 03/31/26 | Page 1 of 4 |
|---|---|---|

## SUMMARY OF YOUR STATEMENT INFORMATION

**BALANCE**

Thank you for your membership!

| | |
|---|---|
| Savings (1) | 4,682.06 |
| Checking (1) | 29,441.50 |

**Primary Savings - 00 PRIMARY SAVINGS**  Dividends Earned YTD: 0.58

| Beginning Balance | + | Deposits & Other Credits (1) | - | Withdrawals & Other Debits (0) | = | Ending Balance |
|---|---|---|---|---|---|---|
| $4,681.86 | | $0.20 | | $0.00 | | $4,682.06 |

| Trans Date | Eff Date | Transaction Description | Amount | Balance |
|---|---|---|---|---|
| | | Beginning Balance | | 4,681.86 |
| | 03/31 | Deposit Dividend 0.050% | 0.20 | 4,682.06 |

Annual Percentage Yield Earned 0.050% for period: 03/01/26 to 03/31/26

| | | | | |
|---|---|---|---|---|
| | | Ending Balance | | 4,682.06 |

**Checking - 10 NO STRINGS CHECKING**  Dividends Earned YTD: 2.97

| Beginning Balance | + Deposits & Other Credits (10) | - Checks Cleared (1) | - Withdrawals & Other Debits (25) | = Ending Balance |
|---|---|---|---|---|
| $28,404.40 | $20,465.48 | $10,000.00 | $9,428.38 | $29,441.50 |

| Trans Date | Eff Date | Transaction Description | Amount | Balance |
|---|---|---|---|---|
| | | Beginning Balance | | 28,404.40 |
| | 03/01 | Recurring Withdrawal #606024100008 WAXING THE CITY WAXINGTHECITY CO | -103.20 | 28,301.20 |
| | 03/01 | Withdrawal Debit Card Visa Check MOTOSPA OF CASTLE ROCK 303-7207001 CO 7542 | -36.00 | 28,265.20 |
| | 03/01 | Withdrawal POS #96370600 MCDONALD'S F7594 10863 TURNER BLVD LONGMONT CO 5814 | -9.77 | 28,255.43 |
| | 03/01 | Withdrawal POS #606100517243 | -15.37 | 28,240.06 |

## Checking - 10 NO STRINGS CHECKING (continued)

| Trans Date | Eff Date | Transaction Description | Amount | Balance |
|---|---|---|---|---|
| | | 7-ELEVEN 6400 CROSSROADS BL US WINDSOR CO | | |
| | | 5541 | | |
| | 03/02 | Withdrawal POS #606117316988 ............................ | -43.87 | 28,196.19 |
| | | KING SOOPERS #06 7296 L CASTLE PINES CO | | |
| | | 5542 | | |
| | 03/03 | Withdrawal ACH SEI GWS ...................................... | -3,000.00 | 25,196.19 |
| | | TYPE: TRANSFERS | | |
| | | CO: SEI GWS | | |
| | 03/03 | Check 260.......................................................... | -10,000.00 | 15,196.19 |
| | 03/04 | Withdrawal Debit Card Visa Check........................... | -4.00 | 15,192.19 |
| | | PUBLIC WORKS-PRKG METR DENVER CO | | |
| | | 7523 | | |
| | 03/06 | Withdrawal ACH Canterbury Park............................ | -485.00 | 14,707.19 |
| | | : TYPE: L144818 | | |
| | | CO: Canterbury Park | | |
| | 03/06 | Recurring Withdrawal Debit Card Visa Check........................ | -9.99 | 14,697.20 |
| | | APPLE.COM/BILL 866-712-7753 CA | | |
| | | 5818 | | |
| | 03/09 | Withdrawal ACH COMCAST-XFINITY....................................... | -201.48 | 14,495.72 |
| | | TYPE: CABLE SVCS | | |
| | | CO: COMCAST-XFINITY | | |
| | 03/09 → | Deposit MOBILE ........................................................ | 4,848.63 | 19,344.35 |
| | 03/09 | Withdrawal POS #606800065469 ............................. | -5.99 | 19,338.36 |
| | | KING SOOPERS #0091 7296 LAGAE RD. CASTLE | | |
| | | PINES CO 5411 | | |
| | 03/09 | Withdrawal POS #606800511539 ............................. | -17.77 | 19,320.59 |
| | | KING SOOPERS #0091 7296 LAGAE RD. CASTLE | | |
| | | PINES CO 5411 | | |
| | | W/D PRENOTIFICATION FROM MORTGAGE SERV CT | | |
| | 03/11 | Withdrawal ACH THE CASTLE PINES ....................................... | -128.49 | 19,192.10 |
| | | TYPE: THE CASTLE | | |
| | | CO: THE CASTLE PINES NAME: MICHAEL MORONI | | |
| | 03/13 → | Deposit MOBILE ........................................................ | 4,132.63 | 23,324.73 |
| | 03/16 | Withdrawal ACH ELDORADOARTESIAN ................................. | -27.95 | 23,296.78 |
| | | TYPE: WEBPAYMENT | | |
| | | CO: ELDORADOARTESIAN NAME: MICHAEL MORONI | | |
| | 03/16 | Recurring Withdrawal #607520001188.................................... | -24.99 | 23,271.79 |
| | | Netflix.com 408-5403700 CA | | |
| | 03/16 | Withdrawal POS #607500065901 ............................. | -29.47 | 23,242.32 |
| | | KING SOOPERS #0091 7296 LAGAE RD. CASTLE | | |
| | | PINES CO 5411 | | |
| | 03/18 | Withdrawal ACH XCEL ENERGY-PSCO ................................... | -160.13 | 23,082.19 |
| | | TYPE: XCELENERGY | | |
| | | CO: XCEL ENERGY-PSCO | | |
| | | NAME: MORONI 618265266 | | |
| | 03/18 | Withdrawal POS #607700015412 ............................. | -96.48 | 22,985.71 |
| | | KING SOOPERS #0091 7296 LAGAE RD. CASTLE | | |
| | | PINES CO 5411 | | |

Equal Housing Opportunity        Ent is a registered trademark of Ent Credit Union        Insured by NCUA

Account Number ●3853  Statement Period 03/01/26 thru 03/31/26  Page 3 of 4

 **Ent** Credit Union | **Becoming Wings Credit Union**

P.O. BOX 15819
Colorado Springs, CO 80935-5819

### Checking - 10  NO STRINGS CHECKING (continued)

| Trans Date Eff Date | Transaction Description | Amount | Balance |
|---|---|---|---|
| 03/18 | Recurring Withdrawal Debit Card Visa Check........................... GLOSS* STYLES WITH SMI SAMCARDOSO.GL CO 7298 | -245.00 | 22,740.71 |
| 03/23 | Withdrawal ACH TRAVELERS................................................. TYPE: PER INSUR CO: TRAVELERS NAME: MICHAEL MORONI MICHAEL | -545.75 | 22,194.96 |
| 03/23 | Withdrawal ACH DEPT EDUCATION ....................................... TYPE: STUDENT LN CO: DEPT EDUCATION | -3,794.34 | 18,400.62 |
| 03/25 | Withdrawal Debit Card Visa Check............................................ SP HARPER AND WELLS HARPERWELLS-B WY 5691 | -152.88 | 18,247.74 |
| 03/25 | Withdrawal ACH CORE ELECTRIC ........................................... TYPE: CORE EFT CO: CORE ELECTRIC | -180.93 | 18,066.81 |
| 03/25 | Withdrawal POS #608421761648 ........................................... TWIN STAR ENERGY CASTLE ROCK CO 5542 | -73.53 | 17,993.28 |
| 03/26 | Deposit MOBILE ................................................................... | 4,848.63 | 22,841.91 |
| 03/26 | Deposit MOBILE ................................................................... | 207.00 | 23,048.91 |
| 03/26 | Deposit MOBILE ................................................................... | 349.14 | 23,398.05 |
| 03/26 | Deposit MOBILE ................................................................... | 944.89 | 24,342.94 |
| 03/27 | Deposit MOBILE ................................................................... | 4,132.63 | 28,475.57 |
| 03/29 | Withdrawal Debit Card Visa Check............................................ MOTOSPA OF CASTLE ROCK 303-7207001 CO 7542 | -36.00 | 28,439.57 |
| 03/31 | Deposit ACH CO DEPT REVENUE ........................................... TYPE: COSTTAXRFD CO: CO DEPT REVENUE | 447.00 | 28,886.57 |
| 03/31 | Deposit ACH CO DEPT REVENUE ........................................... TYPE: COSTTAXRFD CO: CO DEPT REVENUE | 554.00 | 29,440.57 |
| 03/31 | Deposit Dividend Tiered Rate ................................................. | 0.93 | 29,441.50 |

Annual Percentage Yield Earned 0.050% for period: 03/01/26 to 03/31/26

**Ending Balance**...................................................................................  **29,441.50**

### Cleared Check Summary

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 260 | 03/03 | 10,000.00 | | | | | | |

### YEAR-TO-DATE DIVIDEND SUMMARY

| | |
|---|---|
| Reportable Dividends this Year: ..................................................................... | 3.55 |
| Reportable Dividends in Year: 2025 ............................................................... | 9.98 |

Equal Housing Opportunity  Ent is a registered trademark of Ent Credit Union  Insured by NCUA

294032-0.58-50813N11.no5  051253869  2-2

## YEAR-TO-DATE-DIVIDEND SUMMARY (continued)

Reportable dividends of $10.00 or more are reported to the IRS as interest income for the year.
**

The Visa Foreign Currency Transaction Fee will be assessed to purchases made outside of the United States as well as to online purchases made within the United States, but the merchant is located outside the United States.
**

No-cost loan payment alternatives are available, please call 800-525-9623 for more information.

Equal Housing Opportunity          Ent is a registered trademark of Ent Credit Union          Insured by NCUA

ANB BANK

## Classic50 *3269

Available **$28,569.20**

Current **$28,569.20**

### Mar 1, 2026 - Mar 31, 2026 Custom

| Date | Description | Amount | Balance |
| --- | --- | --- | --- |
| 03/24/2026 | Deposit: MOBILE DEPOSIT | $2,932.94 | $2,932.94 |