UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF COLORADO

In re
Michael J. Moroni
Debtor
xxx-xx-3069

Case No. 26-11194-MER
Chapter 11

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to F.R.B.P. 9010(b) and 2002(g), Daniel W. Alexander, PLLC, hereby enters his appearance on behalf of Erin Elise Moroni aka Erin E. Moroni, a creditor and party in interest herein, and requests that all notices, pleadings, and other documents filed or served in this case, including without limitation all notices described in Bankruptcy Rule 2002, be sent to him at the address below.

Respectfully submitted this ___24th___ day of April, 2026.


_/s/   Daniel W. Alexander_____
Daniel W. Alexander, #16757
Daniel W. Alexander, PLLC
Attorney for Creditor Elise E. Moroni
155 East Boardwalk Drive, Ste. 400
PMB 16986970 / Box 514
Fort Collins, Colorado 80525
Telephone: (970) 482-3300
Email: kdanlawyer@aol.com


Certification of Service

The undersigned hereby certifies that, on this ___24th___ day of April, 2026, true and correct copies of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** were served by were served via CM/ECF properly addressed to the following:

Office of the United States Trustee
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 12-200
Denver, Colorado 80294

Joli A. Lofstedt, Esq.
Chapter 11 Trustee
P.O. Box 270561
Louisville, Colorado 80027

Jeffrey S. Brinen, Esq.
Jenny M.F. Fujii, Esq.
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln Street, Ste. 1720
Denver, Colorado 80264

Christopher Harayda, Esq.
Paul J. Veazey, Esq.
Stinson LLP
50 South Sixth Street, Ste. 2600
Minneapolis, Minnesota 55402

       */s/   Daniel W. Alexander*

2