## UNITED STATES BANKRUPTCY COURT DISTRICT
## OF COLORADO

In re:

MICHAEL J. MORONI
XXX-XX-3069

           Debtor.

Case No. 26-11194-MER

Chapter 11, Subchapter V

---

### DEBTOR'S MOTION TO EXTEND DEADLINE TO FILE CHAPTER 11 PLAN
### AND REQUEST FOR EXPEDITED CONSIDERATION

---

Debtor, through undersigned counsel, pursuant to 11 U.S.C. § 1189(b) and Fed. R. Bankr. P. 9006(b)(1), respectfully moves this Court for entry of an order extending the deadline to file the Chapter 11 Plan by twenty-one (21) days, and in support thereof states as follows:

1. Debtor commenced this Subchapter V Chapter 11 case on or about February 27, 2026.

2. Pursuant to 11 U.S.C. § 1189(b), the current deadline for filing the Debtor's Chapter 11 Plan is May 28, 2026.

3. Pursuant to 11 U.S.C. § 1189(b), the Court may extend the deadline to file a plan "if the need for the extension is attributable to circumstances for which the debtor should not justly be held accountable."

4. Shortly before the current plan deadline, Debtor was required to substitute bankruptcy counsel due to circumstances necessitating a transition in representation. Newly substituted counsel has only recently entered the case and is in the process of reviewing the file, financial records, schedules, claims, and prior filings in order to properly evaluate and prepare a confirmable plan.

5. The circumstances necessitating substitution of counsel and the timing thereof were not reasonably within the Debtor's control. Due to attorney-client privilege, confidentiality obligations, and the sensitive nature of attorney-client communications, Debtor cannot provide additional detail regarding the circumstances underlying the substitution of counsel.

6. Additional time is necessary to permit undersigned counsel to adequately review the case, confer with the Debtor and interested parties, evaluate potential amendments or revisions to schedules and filings, and prepare a feasible and confirmable Chapter 11 Plan. Undersigned counsel has acted diligently since entering the case to review the procedural and financial status of the matter and prepare a feasible plan.

7. This request is made in good faith and not for purposes of delay. No party will be

materially prejudiced by the requested extension.

8. Pursuant to D.C.COLO.L.BR 9013-1, undersigned counsel conferred with interested parties regarding the relief requested herein. The Subchapter V Trustee, the United States Trustee, Daniel Alexander, counsel for creditor Erin Moroni, and C.J. Harayda, counsel for creditor Live Oak Banking Company, do not oppose the requested extension.

9. Debtor respectfully requests that the Court extend the deadline to file the Chapter 11 Plan by twenty-one (21) days, through and including June 18, 2026.

10. The current plan filing deadline expires on May 28, 2026, which is less than seven days from the filing of this Motion. Given the proximity of the deadline, the recent substitution of counsel, and the absence of any known opposition from the parties who have responded to conferral efforts, Debtor respectfully requests expedited consideration of this Motion.

WHEREFORE, Debtor respectfully requests expedited consideration of this Motion, entry of an Order extending the deadline to file the Chapter 11 Plan through June 18, 2026, and for such other and further relief as the Court deems just and proper.

Dated: May 21, 2026

**COX BAKER PAGE & BAILEY**

*/s/ Darius T. Carter*
Darius T. Carter, #42414
Cox Baker Page & Bailey, LLC
10375 Park Meadows Drive, Suite 520
Lone Tree, CO 80124
303-688-8588
Darius@coxbaker.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2026, I electronically filed the foregoing with the Clerk of the United States Bankruptcy Court using the CM/ECF system, which sent notification of such filing to all CM/ECF participants and interested parties.

*/s/ Darius T. Carter*