# UNITED STATES BANKRUPTCY COURT DISTRICT
# OF COLORADO

In re:

MICHAEL J. MORONI
XXX-XX-3069

        Debtor.

Case No. 26-11194-MER

Chapter 11, Subchapter V

## ORDER GRANRING DEBTOR'S MOTION TO EXTEND DEADLINE TO FILE CHAPTER 11 PLAN AND REQUEST FOR EXPEDITED CONSIDERATION

THIS MATTER comes before the Court on the Debtor's Motion to Extend Deadline to File Chapter 11 Plan and Request for Expedited Consideration (the "Motion").

The Court, having reviewed the Motion and being otherwise fully advised in the premises, finds that good cause exists for the requested relief pursuant to 11 U.S.C. § 1189(b).

IT IS THEREFORE ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the deadline for Debtor to file the Chapter 11 Plan is extended through and including June 18, 2026.

DATED: _____

BY THE COURT:

_____
Michael E. Romero
United States Bankruptcy Judge