**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Michael E. Romer

In re:

Michael J. Moroni,

Debtor.

Bankruptcy Case No. 26-11194 MER
Chapter 11

---

## ORDER FOR COMPLIANCE WITH LOCAL BANKRUPTCY RULE 2014-1(d)

THIS MATTER comes before the Court on the Application to Employ filed by Darius T. Carter ("Applicant"). In the Application, the Applicant mentions receipt of a retainer. The Court finds that Applicant has failed to comply with applicable rules of procedure, noted more specifically below:

☒ L.B.R. 2014-1(d): Professionals who receive or propose to receive a retainer in connection with a bankruptcy case must seek approval of the retainer by separate motion and notice.

Accordingly, IT IS HEREBY ORDERED that Applicant must cure the above-noted deficiency by the cure date listed below, failing which the Application will be denied without further notice.

**Deficiency Cure Date: June 9, 2026**

Dated: May 26, 2026

BY THE COURT:

Michael E. Romero, Judge
United States Bankruptcy Court